# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-50103  
**Case Name:** ROUSH VENTURES, INC.  
**For Period Ending:** 06/30/2023

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 03/02/2022 (f)  
**§ 341(a) Meeting Date:** 04/01/2022  
**Claims Bar Date:** 06/25/2022

| 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1 | Checking Account at Pinnacle Financial Partners, xxxxxx0001 | 24.63 | 24.63 | | 0.00 | FA | 0.00 | 0.00 |
| 2 | Savings Account at Pinnacle Financial Partners, xxxxxx9730 | 0.00 | 0.00 | | 0.00 | FA | 97,798.13 | 0.00 |
| 3 | Raw Materials: Raw Materials (Chemicals), Net Book Value: $0.00, Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee. Not enough value to administer. | 2,000.00 | 2,000.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 4 | Desk, Chair, 2 Book Cases, File Cabinet. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee. Not enough value to administer. | 200.00 | 200.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 5 | Desk Top Computer, Printer. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee. Not enough value to administer. | 250.00 | 250.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 6 | 2008 Chevrolet Silverado with over 200,000 miles New engine at 96,000 miles VIN 1GCEC14X38Z239298. Valuation Method: Liquidation<br>Order entered on 5/25 approving public sale on 6/8 thru 6/15, 2022 Dkt #34 | 3,500.00 | 3,500.00 | | 1,758.60 | FA | 0.00 | 0.00 |
| 7 | 2002 Ford Explorer 4 Door with over 200,000 miles Needs gas tank VIN 1FMDU74E52UA69276. Valuation Method: Liquidation<br>Order entered on 5/25 approving public sale on 6/8 thru 6/15, 2022 Dkt #34 | 1,000.00 | 1,000.00 | | 1,428.10 | FA | 0.00 | 0.00 |
| 8 | 2000 Toyota Avalon with approximately 257,000 miles VIN 4T1BF28B1YU081177. Valuation Method: Liquidation<br>Order entered on 5/25 approving public sale on 6/8 thru 6/15, 2022  Dkt #34 | 2,500.00 | 2,500.00 | | 2,201.30 | FA | 0.00 | 0.00 |
| 9 | 2008 Chevy Colorado 2 Door with over 200,000 miles VIN 1GCEC14X38Z239298. Valuation Method: Liquidation<br>Order entered on 5/25 approving public sale on 6/8 thru 6/15, 2022 Dkt #34 | 2,000.00 | 2,000.00 | | 1,322.00 | FA | 0.00 | 0.00 |
| 10 | 2 Airless Sprayers. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee. Not enough value to administer. | 800.00 | 800.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 11 | 4 Cast Iron Tubs. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee. Not enough value to administer. | 1,000.00 | 1,000.00 | OA | 0.00 | FA | 0.00 | 0.00 |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case No.:** 22-50103  
**Case Name:** ROUSH VENTURES, INC.  
**For Period Ending:** 06/30/2023

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 03/02/2022 (f)  
**§ 341(a) Meeting Date:** 04/01/2022  
**Claims Bar Date:** 06/25/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens,<br>Exemptions,<br>and Other Costs) | 4<br>Property<br>Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | 7<br>Lien Amount | 8<br>Exempt<br>Amount |
|---|---|---|---|---|---|---|---|---|
| 12 | 2 Fireproof Chemical Cabinets. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 400.00 | 400.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 13 | 4 Shelving Units. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 200.00 | 200.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 14 | 5 HVLP Spray Guns. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 1,200.00 | 1,200.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 15 | 2 Air Turbines. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 1,000.00 | 1,000.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 16 | 2 Blowers.<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 200.00 | 200.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 17 | 2 Ladders 6' and 20'. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 100.00 | 100.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 18 | Air Compressor and Brad Gun. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 75.00 | 75.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 19 | Other Miscellaneous Tools, Sanders, Drills, Grinders, Etc.. Valuation Method: Liquidation<br>Order approving motion to abandon equipment and materials located at Wallburg Storage entered 5/24/22, Dkt 33. All items inspected by Iron Horse Auction and Trustee.  Not enough value to administer. | 1,000.00 | 1,000.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 19 | **Assets Totals (Excluding unknown values)** | **$17,449.63** | **$17,449.63** | | **$6,710.00** | **$0.00** | **$97,798.13** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case No.:** 22-50103  
**Case Name:** ROUSH VENTURES, INC.

**Trustee Name:** (530270) James Lanik  
**Date Filed (f) or Converted (c):** 03/02/2022 (f)  
**§ 341(a) Meeting Date:** 04/01/2022

**For Period Ending:** 06/30/2023

**Claims Bar Date:** 06/25/2022

**Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:**

6th QSR.  Final report being completed.

*Bank account opened

**Initial Projected Date Of Final Report (TFR):** 04/30/2023    **Current Projected Date Of Final Report (TFR):** 07/31/2023

07/13/2023                              /s/James Lanik  
Date                                       James Lanik

Copy Served On:  John Paul Hughes Cournoyer  
                      Bankruptcy Administrator

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-1

| Case No.: | 22-50103 | Trustee Name: | James Lanik (530270) |
|---|---|---|---|
| Case Name: | ROUSH VENTURES, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6708 | Account #: | ******2251 Checking |
| For Period Ending: | 06/30/2023 | Blanket Bond (per case limit): | $2,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/26/22 | | Iron Horse Auction Co, Inc | Auction Vehicle Sale Proceeds | | 6,710.00 | | 6,710.00 |
| | {8} | | Auction Vehicle Sale Proceeds - Toyota Avalon  $2,201.30 | 1129-000 | | | |
| | {6} | | Auction Vehicle Sale Proceeds - Chevy Silverado  $1,758.60 | 1129-000 | | | |
| | {9} | | Auction Vehicle Sale Proceeds - Chevy Colorado  $1,322.00 | 1129-000 | | | |
| | {7} | | Auction Vehicle Sale Proceeds - Ford Explorer  $1,428.10 | 1129-000 | | | |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 6,705.00 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.82 | 6,693.18 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.72 | 6,682.46 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.35 | 6,672.11 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.40 | 6,660.71 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 10.67 | 6,650.04 |
| 01/31/23 | 101 | Edward P. Bowers | Invoice #I-653 Roush Ventures, Inc. Approved by order entered 1/20/23, Dkt 55 | 3410-000 | | 2,065.75 | 4,584.29 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.36 | 4,572.93 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 8.60 | 4,564.33 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 6,710.00 | 2,145.67 | $4,564.33 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | Subtotal | | | 6,710.00 | 2,145.67 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | NET Receipts / Disbursements | | | $6,710.00 | $2,145.67 | |

{ } Asset Reference(s)                                                    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** 22-50103 | **Trustee Name:** James Lanik (530270) |
| **Case Name:** ROUSH VENTURES, INC. | **Bank Name:** Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***6708 | **Account #:** ******2251 Checking |
| **For Period Ending:** 06/30/2023 | **Blanket Bond (per case limit):** $2,500,000.00 |
| | **Separate Bond (if applicable):** N/A |

| | |
|---:|---:|
| Net Receipts: | $6,710.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $6,710.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******2251 Checking | $6,710.00 | $2,145.67 | $4,564.33 |
| | **$6,710.00** | **$2,145.67** | **$4,564.33** |

07/13/2023
Date

/s/James Lanik
James Lanik